# United States District Court
## Violation Notice

CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7472394 | HINOS | 594 |

7472394

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 9/14/2018 0930 | 4000(c) |

**Place of Offense**
720 E. San Ysidro L.P.O.E

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Expired Registration
(Suspended 9/4/2018)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| VASQUEZ | MICHAEL | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 23Z1212 | CA | 04 | Harley Dvd | | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 250  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT →** $ 280.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 221 W. Broadway San Diego CA 92101 | TBD |
| | Time (hh:mm) TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 10/01/2018 7:45

---

(For issuance of an arrest warrant or summons)

I state that on 14 SEPT, 20 18 while exercising my duties as a law enforcement officer in the Southern District of California

SEE ATTACHMENT

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/14/2018   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident